| | |
|---|---|
| District Court, Douglas County, State of Colorado<br><br>Court Address:<br>4000 Justice Way<br>Castle Rock, CO 80109<br><br>Plaintiff: Pamela Lyon,<br><br>v.<br><br>Defendant: Wal-Mart Stores, Inc., a Delaware corporation. | DATE FILED<br>September 9, 2025 5:42 PM<br>FILING ID: 115ECF86CF0C1<br>CASE NUMBER: 2025CV30967<br><br>▲COURT USE ONLY▲ |
| Attorney or Party Without Attorney (Name and Address):<br>John Evans, Esq.<br>Evans Legal Group, P.C.<br>11479 S. Pine Drive<br>Parker, CO 80134<br>Phone Number: 303-840-2431<br>E-mail: john@evanslegalgroup.com<br>FAX Number: 303-841-9199 Atty. Reg. # 20549 | Case Number:<br><br>Division: Courtroom: |
| **COMPLAINT AND JURY DEMAND** | |

COMES NOW the Plaintiff, Pamela Lyon, by and through her attorney of record, Evans Legal Group, P.C., John Evans, attorney, and files her Complaint and Jury Demand against the Defendant, Wal-Mart Stores, Inc. In support thereof, Plaintiff states as follows:

## GENERAL ALLEGATIONS

1. At all relevant times herein, Plaintiff, Pamela Lyon (hereinafter "Plaintiff"), was a Colorado resident with a mailing address of 19250 Lochmere Court, Monument, Colorado 80132-2850 and continues to be a resident of Douglas County, Colorado. Plaintiffs are owners of the property located at 19250 Lochmere Court, Monument, Colorado 80132.

2. Defendant Wal-Mart Stores, Inc. ("Wal-Mart" or "Defendant"), is a Delaware corporation in the business of operating retail stores, doing business in the State of Colorado.

3. Defendant Wal-Mart operates a store in Douglas County, located at 11101 S. Parker Road, Parker, Colorado 80134.

4. Venue is proper pursuant to C.R.C.P. 98.

5. At all relevant times, Defendant Wal-Mart was responsible for the management and maintenance of the above premises in a reasonably safe condition for its customers, including all walkways and aisles.

6. On September 13, 2023, Plaintiff was a customer in the aforementioned Wal-Mart store.

7. At all relevant times, Plaintiff was in areas of Wal-Mart store where the Defendant encouraged and invited customers to be in.

8. Plaintiff was walking in the produce aisle and slipped on something wet. This caused Plaintiff to crash to the floor.

9. At all relevant times, Defendant's employees were not acting outside the course and scope of their employment.

10. As a result of Plaintiff's fall, Plaintiff has and is suffering permanent injuries including but not limited to: fractured patella, pain in right knee, and nondisplaced transverse fracture of the right patella.

11. Plaintiff suffers from physical and emotional pain suffering, permanent disfigurement, permanent physical impairment and loss of enjoyment of life and has incurred medical and rehabilitation expenses and will continue to incur such expenses.

**FIRST CLAIM FOR RELIEF**
(Premises Liability)

12. Plaintiff incorporates the paragraphs above and below as if fully set forth herein.

13. At all relevant times, Plaintiff was a customer at Wal-Mart during normal business hours and in a location open to the general public.

14. Defendant had a duty to maintain the premises and use reasonable care to protect Plaintiff against dangers of which it knew or should have known.

15. Defendant had a duty to comply with all applicable codes, ordinances, and statutes, including C.R.S. § 13-21-115.

16. Defendant breached this duty and/or unreasonably failed to exercise reasonable care.

17. As a direct and proximate result of Defendant's actions, or inactions, Plaintiff has, and is suffering injuries and damages as described above.

**SECOND CLAIM FOR RELIEF**
(Vicarious Liability)

18. Plaintiff incorporates the paragraphs above and below as if fully set forth herein.

19. Defendant's employees failed to properly manage and maintain the premises.

20. Defendant's employees were not acting outside the course and scope of their employment.

21. Defendant Wal-Mart is vicariously liable for the negligence of its employees.

22. As a direct and proximate result of Defendant's actions, or inactions, Plaintiff has, and is suffering injuries and damages as described above.

**THIRD CLAIM FOR RELIEF**
(Negligence)

23. Plaintiff incorporates the paragraphs above and below as if fully set forth herein.

24. Defendant had a duty of care to reasonably manage and maintain its premises

25. Defendant breached this duty.

26. As a direct and proximate result of Defendant's negligence, Plaintiff has, and is suffering injuries and damages as described above.

**PLAINTIFF HEREBY DEMANDS A JURY ON ALL ISSUES**

WHEREFORE, Plaintiff Pamela Lyon, respectfully request this Court enter judgement in her favor and against Defendant, in an amount to be determined at trial, including fees, costs, interest, and any other relief this Court deems just and proper.

Respectfully submitted this 9th day of September, 2025.

Respectfully Submitted,

*/s/John M. Evans*
John Evans #20549
11479 Pine Dr.
Parker, CO 80134
Tel: 303-840-2431

*Original signature on file and available for inspection pursuant to C.R.C.P. 121.*

Plaintiff's Address:
19250 Lochmere Court
Monument, Colorado 80132